DAVID BERNSTEIN v. PAUL GENOVESI.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT V. LOUIS.

December 19, 1988.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. RICHARD BOLTE.

December 19, 1988.

Leave to appeal granted.  (See 225 *N.J.Super.* 335)

STATE OF NEW JERSEY v. BOBBY ERIC HUTCHINS.

December 19, 1988.

Leave to appeal granted.  (See 226 *N.J.Super.* 454)